Frederick SMITH, Plaintiff–Appellant,

v.

Rick G. MCKELVEY, Officer; Arkansas State Police Department, Defendants–Appellees.

No. 16–1726

United States Court of Appeals, Eighth Circuit.

Submitted: August 1, 2016

Filed: August 4, 2016

---

Frederick Smith, Crawfordsville, AR, Pro Se.

Before COLLOTON, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Frederick Smith appeals district court's[1] 28 U.S.C. § 1915(e)(2) dismissal, without prejudice, of his pro se complaint under 42 U.S.C. §§ 1983 and 1985. Smith also sought to bring claims under the Racketeer Influenced and Corrupt Organizations Act; under 18 U.S.C. §§ 241, 242; and under Arkansas law.

Upon careful de novo review, see *Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we conclude that all of Smith's federal claims were subject to dismissal, see *Rotella v. Wood*, 528 U.S. 549, 553, 557–58, 120 S.Ct. 1075, 145 L.Ed.2d 1047 (2000); *Linda R.S. v. Richard D.*, 410 U.S. 614, 619, 93 S.Ct. 1146, 35 L.Ed.2d 536 (1973); *Jones v. Frost*, 770 F.3d 1183, 1185 (8th Cir. 2014), and that the district court was warranted in declining to exercise supplemental jurisdiction over Smith's state-law claims, see 28 U.S.C. § 1367(c). Accordingly, the judgment of the district court is affirmed. See 8th Cir. R. 47B.

1. The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.